Peter Kutrzeba, Appellant, v. John Solewski, Appellee.

Gen. No. 41,687.

Heard in first division, first district, this court at April term, 1941; opinion filed November 10, 1941. Stanley S. Piotrowski, for appellant; Edward L. Kowalski, of counsel; George M. Tearney, for appellee. Opinion by JUSTICE O'CONNOR. "Not to be published in full."